IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:04CR358 |
| v. | ) | |
| JEROME DANIELS, | ) | ORDER |
| Defendant. | ) | |

    This matter is before the Court on defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) (Filing No. 141), and the stipulation of the parties (Filing No. 142). Pursuant to the retroactive amendment to the crack cocaine guidelines, the defendant's final offense level is reduced from 38 to 34. His criminal history category remains at VI. The government and defense agree that his sentence should be reduced to one hundred seventy-three (173) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

    IT IS ORDERED:

    1) Said motions to reduce sentence are granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to one hundred seventy-three (173) months. Defendant shall receive credit for all time served.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 13th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court